**C. C. DRAPER, Administrator, v. UNITED STATES of America.**

No. 1396.

Circuit Court of Appeals, Tenth Circuit.

Feb. 12, 1936.

William A. Tidwell, of Idabel, Okl., for appellant.

Cleon A. Summers, U. S. Atty., of Muskogee, Okl.

Before LEWIS and PHILLIPS, Circuit Judges.

PER CURIAM.

Appeal dismissed for failure to prosecute.

---

**N. B. EARLY, Jr., Individually and as Collector of Internal Revenue for the District of Virginia, Appellant, v. SHENANDOAH MILLING COMPANY, Incorporated, Appellee.**

No. 3982.

Circuit Court of Appeals, Fourth Circuit.

Jan. 18, 1936.

Joseph H. Chitwood, U. S. Atty., of Roanoke, Va., Frank J. Wideman, Asst. Atty. Gen., Sewall Key, Sp. Asst. to Atty. Gen., and Carlisle W. Higgins, U. S. Atty., of Greensboro, N. C., for appellant.

Archibald G. Robertson and T. Justin Moore, both of Richmond, Va., for appellee.

PER CURIAM.

Appeal dismissed, with costs, on motion of appellee.

---

**N. B. EARLY, Jr., Individually and as Collector of Internal Revenue for the District of Virginia, Appellant, v. The WINCHESTER MILLING CORPORATION, Appellee.**

No. 3986.

Circuit Court of Appeals, Fourth Circuit.

Jan. 18, 1936.

Joseph H. Chitwood, U. S. Atty., of Roanoke, Va., Frank J. Wideman, Asst. Atty. Gen., Sewall Key, Sp. Asst. to Atty. Gen., and Carlisle W. Higgins, U. S. Atty., of Greensboro, N. C., for appellant.

Frank M. Wray, of Berryville, Va., and Archibald G. Robertson, of Richmond, Va., for appellee.

PER CURIAM.

Appeal dismissed, with costs, on motion of appellee.